UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-60919-CIV-WILLIAMS

OMAR ODEH,

    Plaintiff,

v.

UNITED COLLECTION SERVICE, INC.,

    Defendant.

_____/

**ORDER REQUIRING JOINT STIPULATION OF DISMISSAL**

**THIS MATTER** is before the Court on the Parties' notice of settlement (DE 5) indicating that the Parties have reached a settlement in this matter. Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Parties shall file a joint motion of dismissal by **May 31, 2018**. All pending motions are **DENIED AS MOOT** and any remaining deadlines are **STAYED**.

    **DONE AND ORDERED** in chambers in Miami, Florida, this 8th day of May, 2018.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE
